IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICKY ASHLEY
ADC #099718C                                                                        PETITIONER

v.                                    No. 4:20-cv-788-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                          RESPONDENT

### ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 4*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Ashley's petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2020