IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICKY ASHLEY
ADC #099718C                                                              PETITIONER

v.                              No. 4:20-cv-788-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                     RESPONDENT

## JUDGMENT

Ashley's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2020